## Gross, et al. v. Commonwealth.

(Decided September 19, 1912.)

### Appeal from Perry Circuit Court.

Appeal—Where Joint Appeal is Taken Only One Tax of $2.00 to Be Paid.—Where four persons were indicted and tried jointly for

murder and found guilty of manslaughter, they may appeal jointly and pay tax on only one appeal.

JOHN C. EVERSOLE, J. B. EVERSOLE for appellants.

OPINION BY CHIEF JUSTICE HOBSON—Sustaining motion to docket as one appeal.

The four appellants were jointly indicted for murder and a separate trial not being demanded, were tried jointly. They were all found guilty of voluntary manslaughter, and judgment was entered upon the verdict. They have prosecuted a joint appeal and the question is raised whether they must each pay a tax of $2.00 on the appeal. We are of the opinion that they may jointly appeal, as they were indicted and tried jointly, and that, therefore, only one tax of $2.00 should be paid.

Motion sustained.